**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA, : No. 442 WAL 2014
:
             Respondent        :
                            : Petition for Allowance of Appeal from the
                            : Order of the Superior Court
          v.              :
:
:
:
KEITH CALDWELL, :
:
             Petitioner          :


## ORDER


**PER CURIAM**

     **AND NOW**, this 30th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.